IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RONALD ADAMS,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | Case No.: 3:10-cv-170-AC<br><br>**OPINION AND ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

Merrill Schneider
SCHNEIDER LAW OFFICES
PO Box 14490
Portland, OR 97293

      Of Attorneys for Plaintiff

Amanda Marshall
Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Ave.
Suite 600
Portland, OR 97204

L. Jamala Edwards
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Ave. Ste. 2900, M/S 221A
Seattle, WA 98104

      Of Attorneys for Defendant

**SIMON, District Judge**.

On December 1, 2011, Magistrate Judge John V. Acosta issued findings and recommendations (#17) in the above-captioned case. Judge Acosta recommended that the court affirm the decision of the Commissioner of Social Security finding Plaintiff not disabled. No party has filed objections.

Under the Federal Magistrates Act, the court may "accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Federal Magistrates Act, 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If, however, no objections are filed, the Magistrates Act does not prescribe any standard of review. In such cases, "[t]here is no indication that Congress, in enacting [the Magistrates Act], intended to require a district judge to review a magistrate's report[.]" *Thomas v. Arn*, 474 U.S. 140, 152 (1985); *see also United States. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.) (*en banc*), *cert. denied*, 540 U.S. 900 (2003) (the court must review *de novo* magistrate's findings and recommendations if objection is made, "but not otherwise").

Although in the absence of objections no review is required, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No party having made objections, this court follows the recommendation of the Advisory Committee and reviews Magistrate Judge Acosta's findings and recommendations (#17) for clear

error on the face of the record. No such error is apparent. Therefore the court orders that Judge Acosta's findings and recommendations (#17) is ADOPTED.

Dated this 9th day of January, 2012.

*/s/ Michael H. Simon*
Michael H. Simon
United States District Judge